

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00306-CV

**IN THE INTEREST OF S.R.**, L.R., and C.J., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01218
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

We ORDER no costs assessed because appellant is indigent.

SIGNED September 26, 2018.

_____
Luz Elena D. Chapa, Justice